May 8, 2024

**VIA ECF**
Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

> The request for an extension of time to respond to the complaint is granted.
> Defendants must answer by August 16, 2024. A conference is scheduled for July 23, 2024 at 2:30pm in Courtroom 18B, 500 Pearl Street.
>
> *[signature: Denise Cote]*
>
> May 8, 2024

*Kelly-Starkebaum v. Papaya Gaming, Ltd., et al.*, **No. 24-cv-2310 (DLC)**

Dear Judge Cote:

    We jointly write in response to the Notice of Initial Pretrial Conference, Doc. No. 9.

    Pursuant to Your Honor's instruction, the parties have met, conferred, and discussed the potential for settlement. To that end, the Parties have agreed to conduct a mediation with Robert A. Meyer, a nationally recognized mediator with JAMS, on July 17, 2024. The Parties have further agreed to an informal exchange of information pursuant to FRE 408 to facilitate the mediation discussions and ensure any negotiations are well-informed.

    Defendants' current deadline to respond to the Complaint in this action is June 27, 2024. (Doc No. 18.) In light of the pending mediation, the Parties have agreed to adjourn Defendants' time to respond to the Complaint until 30 days after the mediation, August 16, 2024, and request that Your Honor so-order the new due date. The Parties further request that the Court set another pretrial conference for July 26, 2024, at which time the Parties will update the Court on the status of discussions and further discuss the schedule for this case.

    We look forward to appearing before Your Honor on Friday and will be prepared to answer any questions you may have.

                                  Respectfully submitted,

| | |
|---|---|
| /s/ Matthew S. Tripolitsiotis | /s/ Michael W. McTigue Jr. |
| Matthew S. Tripolitsiotis | Michael W. McTigue Jr. |
| Burns Charest LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| mtripolitsiotis@burnscharest.com | michael.mctigue@skadden.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |