```
------------------------------------- X
                                      :
BRENNA KELLY-STARKEBAUM,              :
                      Plaintiff,      :        24cv2310(DLC)
             -v-                      :
                                      :            ORDER
PAPAYA GAMING, LTD. et al.,           :
                                      :
                      Defendants.     :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to
Rule 16, Fed. R. Civ. P., on May 10, 2024, it is hereby

ORDERED that the parties shall make their informal
disclosures by **June 30, 2024.**

IT IS FURTHER ORDERED that the parties shall submit a
status letter by **July 23, 2024.**  The status letter shall include
a proposed schedule for further conduct in this litigation.

IT IS FURTHER ORDERED that the conference scheduled for
July 23, 2024 is cancelled.

Dated:    New York, New York
          May 13, 2024

                                _____
                                     DENISE COTE
                                United States District Judge