## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NY 10001

———

TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-3529
DIRECT FAX
917-777-3529
EMAIL ADDRESS
MICHAEL.MCTIGUE@SKADDEN.COM

August 23, 2024

*Granted.*
*/s/ Denise Cote*
*8/27/24*

**VIA ECF**
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

RE: *Kelly-Starkebaum v. Papaya Gaming, Ltd. et al.*, No. 1:24-cv-02310-DLC

Dear Judge Cote:

On behalf of Defendants Papaya Gaming, Ltd. and Papaya Gaming, Inc. (together, "Papaya"), and pursuant to Rule 8.B of Your Honor's Individual Practices in Civil Cases, we respectfully submit this letter motion to request that certain portions of the Declaration of Mika Palevsky in Support of Defendants' Motion to Compel Arbitration (the "Declaration") be filed under seal. Specifically, Papaya seeks to file under seal certain personal information about Plaintiff including Plaintiff's email address and financial information associated with Plaintiff's Papaya mobile gaming accounts. Consistent with Your Honor's Individual Practices, Papaya is contemporaneously filing (i) a publicly available, redacted version of the Declaration, and (ii) unredacted version of the Declaration under seal.

Papaya ultimately defers to Plaintiff regarding the necessity or desirability of filing under seal, but is making this letter request solely in an abundance of caution to protect any concerns about public disclosure that Plaintiff may have. Papaya reserves all rights with respect to future submissions.

Papaya notes that this Court has allowed the filing of documents with personal information such as email addresses in redacted form in order to protect privacy interests. *See e.g., Anderson v. N.Y.C. Health & Hosps. Corp.*, No. 16-CV-

1051 (GBD) (KHP), 2020 WL 1047054 at *3 (S.D.N.Y. Mar. 4, 2020) ("[T]he Court appreciates that there is certain information . . . such as the applicants' home addresses, personal phone numbers, and email addresses, that is not public . . . [and] has been recognized by courts in this Circuit as the type of personal information that should be shielded from public disclosure."); *Cohen v. Gerson Lehrman Grp., Inc.*, No. 09 Civ. 4352(PKC), 2011 WL 4336679, at *2 (S.D.N.Y. Sept. 15, 2011) (allowing redactions of individual contact information, such as email addresses, because "[s]uch information is not at issue in this dispute and the individuals have a countervailing privacy interest in their non-disclosure").

Respectfully submitted,

/s/ Michael W. McTigue Jr.

cc: All counsel of record (by ECF)