```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
BRENNA KELLY-STARKEBAUM,                  :
                        Plaintiff,        :   24cv2310(DLC)
              -v-                         :
                                          :       ORDER
PAPAYA GAMING, LTD. et al.,               :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion and Order of December 17, 2024 granted the defendants' motion to compel arbitration and stayed the above-captioned case pending the outcome of arbitration proceedings. It is hereby

ORDERED that the parties shall submit a joint status report by **September 1, 2025.**

Dated:   New York, New York
         December 17, 2024

                                          _____
                                                 DENISE COTE
                                          United States District Judge