## Skadden, Arps, Slate, Meagher & Flom LLP

One Manhattan West
New York, NY 10001
————
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3529
DIRECT FAX
917-777-3529
EMAIL
MICHAEL.MCTIGUE@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

January 23, 2025

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

     RE:    *Kelly-Starkebaum v. Papaya Gaming, Ltd. et al.*, No. 1:24-cv-02310-DLC

Dear Judge Cote:

     Pursuant to Local Rule 1.6, we write on behalf of Defendants Papaya Gaming, Ltd. and Papaya Gaming, Inc. ("**Papaya**") to advise this Court that a related class action has been filed in Los Angeles County, California Superior Court. *See Barcelo v. Papaya Gaming, Ltd.*, No. 24STCV32626 (Cal. Super. Ct. Los Angeles Cnty.) (the "**California Action**"). Although Papaya disputes the merits of the underlying claims, it has reached a settlement that, if approved, will resolve the claims of a nationwide class of consumers.

     The claims brought by plaintiff Brenna Kelly-Starkebaum in her individual capacity, which the Court compelled to arbitration on December 17, 2024, have been carved out of the settlement and will therefore not be impacted by the California Action.

                                    Respectfully submitted,

                                    */s* Michael W. McTigue Jr.

cc: All counsel of record (via ECF)