September 2, 2025

**VIA ECF**
Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

*Status letter is due 10/15/25.*

*Denise Cote*
*9/9/25*

                *Kelly-Starkebaum v. Papaya Gaming, Ltd., et al.*, No. 24-cv-2310 (DLC)

Dear Judge Cote:

       We jointly write pursuant to your Honor's order that the parties provide a joint status report by September 1, 2025. (Doc. No. 44.)

       On December 17, 2024, the Court entered an Order granting Defendants' motion to compel arbitration and staying the matter pending the outcome of the arbitration.

       On February 12, 2025, Plaintiff filed a Demand for Arbitration with National Arbitration and Mediation that states: "Claimant seeks solely a ruling on arbitrability and whether the arbitration provision in Respondents' March 2023 Terms of Use is unconscionable." Papaya filed a Motion to Dismiss the Arbitration Proceeding on Judicial Estoppel Grounds on August 13, 2025, on the grounds that Plaintiff is barred from seeking any relief from Defendants because she is in bankruptcy and failed to disclose her claims against Defendants in that proceeding. Plaintiff disagrees with Papaya's position and her response to that motion is due September 15, 2025. An arbitrator has been appointed and is currently considering the implications of the bankruptcy on the pending arbitration.

                                     Respectfully submitted,

*/s/ Matthew S. Tripolitsiotis*
Matthew S. Tripolitsiotis
Burns Charest LLP
mtripolitsiotis@burnscharest.com
*Counsel for Plaintiff*

*/s/ Michael W. McTigue, Jr.*
Michael W. McTigue, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
michael.mctigue@skadden.com
*Counsel for Defendants*